229 F.2d 440
 109 U.S.P.Q. 24
 TELECHRON, Inc., and General Electric Company, Plaintiffs-Appellees,
v.
Anthony J. PARISSI, Defendant-Appellant.
 No. 156, Docket 23120.
 United States Court of Appeals Second Circuit.
 Argued Dec. 21, 1955.
Decided Feb. 3, 1956.
 
 Andros & Smith, Albany, N.Y. (Harry A. Smith, Albany, N.Y., of counsel), for defendant-appellant Parissi.
 Whalen, McNamee, Creble & Nichols, Albany, N.Y. (Charles H. Walker and Henry J. Zafian, New York City, of counsel), for plaintiffs-appellees.
 Before FRANK, HINCKS and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm on the opinion and findings of Judge Foley. D.C., 120 F.Supp. 235.